

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2019

No. 04-19-00718-CV

**VR PARTNERS I, L.P.,**
Appellant

v.

**MIDTEX OIL, L.P.** and Juniper Ventures of Texas, LLC,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-0448-CV-C
Honorable William Old, Judge Presiding

# O R D E R

    Appellant's Unopposed First Motion for Extension of Time to File Appellant's Brief is GRANTED. Appellant's brief is due December 13, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court